**Abatement Order filed April 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00684-CV
_____

### MECHANICAL SYSTEMS LIMITED AND CHIEF TONY UKASANYA, Appellants

### V.

### JOLACO MARITIME SERVICES, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-41283**

## ABATEMENT ORDER

No reporter's record has been filed in this case. The official court reporter for the 55th District Court informed this court that appellants had not made arrangements for payment for the reporter's record. The clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Counsel for

appellants replied informing this court that he has been suspended until June 22, 2015. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until June 22, 2015. The appeal will be reinstated on this court's active docket at that time.


PER CURIAM